# PETITION: SMALL CLAIMS CASE

01-SC-23-00050

CASE NO. (court use only) _____

In the Justice Court, Precinct __1__, __Collin__ County, Texas

**Prashanth Mugalihalli Devar**
**PLAINTIFF**

VS.

**Delta Airlines 1030 Delta Boulevard Atlanta, GA 30354**
**DEFENDANT(S)**

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
**The flight from Bangalore, India to Dallas, USA was delayed by more than 30 hours. The air lines failed to provide basic shelter, water and food. The delay caused physical and emotional/mental distress to me and my family members.**

**RELIEF:** Plaintiff seeks damages in the amount of **$20,000.00**, and/or return of personal property as described as follows (be specific): , which has a value of

Additionally, plaintiff seeks the following:
**None**

plus all costs of court as allowed by law.

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
**Ed Bastian**
**CEO Delta Air Lines**
**1030 Delta Blvd, Atlanta, 30354**

[X] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: **mails2prashanth@gmail.com**_____.

I declare under penalty of perjury, pursuant to the law of the State of Texas, that all information provided is true and correct.

| | |
|---|---|
| **Prashanth Mugalihalli Devar**_____ | **/s/ Prashanth Mugalihalli Devaraj**_____ |
| Petitioner's Printed Name | Signature of Plaintiff or Attorney |

**10695 Ferdinand View**_____
Address of Plaintiff's Attorney, if any, or Plaintiff if none

**DEFENDANT(S) INFORMATION** (if known):
DATE OF BIRTH:_____

**Frisco, TX 75035**_____
City                    State                    Zip

*LAST 3 NUMBERS OF DRIVER LICENSE:_____
*LAST 3 NUMBERS OF SOCIAL SECURITY:_____

Ph.   **469-237-1575**_____   Fax. _____

DEFENDANT'S PHONE NUMBER: **404-715-2600**_____
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none
**mails2prashanth@gmail.com**

Small Claim Petition. 7/2013