# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PRASHANTH MUGALIHALLI DEVAR § | |
| § | **CIVIL ACTION NO. 4:23-CV-159** |
| v. § | |
| § | **(JUDGE MAZZANT/JUDGE DURRETT)** |
| DELTA AIR LINES, INC. § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 14, 2024, the Magistrate Judge entered a Report (Dkt. #11) that Plaintiff's case should be dismissed without prejudice. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 16th day of September, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE