# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PRASHANTH MUGALIHALLI DEVAR | § |
| | §  **CIVIL ACTION NO. 4:23-CV-159** |
| v. | § |
| | §  **(JUDGE MAZZANT/JUDGE DURRETT)** |
| DELTA AIR LINES, INC. | § |

### FINAL JUDGMENT

Pursuant to the Memorandum Adopting the Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED,** and **ADJUDGED** that this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

**SIGNED** this 16th day of September, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE